IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEREK L. SIMMS, #266 549 :

    Plaintiff :

v. : CIVIL ACTION NO. AMD 02-3594

GLAXOSMITHKLINE :

    Defendant :

**ORDER**

In accordance with the foregoing Memorandum, it is this 21st day of November, 2002 by the United States District Court for the District of Maryland hereby ORDERED that

1. Plaintiff's Motion for Appointment of Counsel (Paper No. 17) **IS DENIED**;

2. The Clerk of Court **SHALL ADMINISTRATIVELY CLOSE** this case;

3. The Clerk of Court **SHALL PLACE** the instant complaint on the Inactive Docket;

4. Plaintiff **MAY MOVE TO RE-OPEN THIS CASE AT ANY TIME** in accordance with the foregoing Memorandum; and

5. The Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to Plaintiff and counsel of record.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE